# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rau, Steven E. | US District Court - District Court of Minnesota | 07/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

316 North Robert Street
Suite 348
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA (H) | | | | | | | | | |
| 2. Cash (MMKT) and Sweep Balances | A | Interest | K | T | | | | | |
| 3. Abbvie, Inc. - ABBV | | None | | | Sold | 02/14/18 | K | E | |
| 4. Aberdeen Erg Mkts - ABEMX | A | Dividend | K | T | Buy | 03/02/18 | K | | |
| 5. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 6. Affiliated Mgrs Group - AMG | | None | | | Buy | 02/28/18 | J | | |
| 7. | | | | | Sold | 04/16/18 | J | | |
| 8. Ally Bank CD | A | Interest | K | T | | | | | |
| 9. Alphabet Inc - GOOG | | None | | | Buy | 02/28/18 | J | | |
| 10. | | | | | Sold | 05/04/18 | J | | |
| 11. Amer Express Bk FSB CD | A | Interest | K | T | | | | | |
| 12. American Funds - NFFFX | | None | | | Sold | 03/02/18 | J | A | |
| 13. Ameriprise Finl Inc. - AMP | | None | | | Buy | 02/28/18 | J | | |
| 14. | | | | | Sold | 05/04/18 | J | | |
| 15. Apple, Inc., - AAPL | A | Dividend | | | Sold (part) | 02/28/18 | K | D | |
| 16. | | | | | Sold | 05/04/18 | J | C | |
| 17. AT&T Inc. - T | A | Dividend | | | Buy | 02/28/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rau, Steven E.** | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 19. | | | | | Sold | 05/04/18 | J | | |
| 20. Bayer AG - BAYRY | | None | | | Buy | 02/28/18 | J | | |
| 21. | | | | | Sold | 05/04/18 | J | | |
| 22. Berkshire Hathaway | | None | | | Sold (part) | 02/28/18 | K | D | |
| 23. | | | | | Sold | 05/04/18 | J | A | |
| 24. Blackrock Global - BDMKX | B | Dividend | K | T | Buy | 02/13/18 | K | | |
| 25. Blackrock Inc. - BLK | A | Dividend | | | Buy | 02/28/18 | J | | |
| 26. | | | | | Sold | 05/04/18 | J | | |
| 27. Boeing Co - BA | | None | | | Buy | 02/28/18 | J | | |
| 28. | | | | | Sold | 05/04/18 | J | | |
| 29. Boston Ptrs L/S Research Fund - BPIRX | A | Dividend | J | T | Buy | 02/13/18 | K | | |
| 30. Capital One Bk USA NA CD | A | Interest | K | T | | | | | |
| 31. Celanese Corp - CE | A | Dividend | | | Buy | 02/28/18 | J | | |
| 32. | | | | | Sold | 05/04/18 | J | A | |
| 33. Cisco Systems Inc. - CSCO | A | Dividend | | | Sold (part) | 02/28/18 | K | D | |
| 34. | | | | | Sold (part) | 03/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/04/18 | J | B | |
| 36. Citigroup Inc. - C | | None | | | Buy | 02/26/18 | J | | |
| 37. | | | | | Sold | 05/04/18 | J | | |
| 38. CME Group Inc. - CME | A | Dividend | | | Buy | 02/28/18 | J | | |
| 39. | | | | | Sold | 05/04/18 | J | | |
| 40. Cognizant Tech Sol - CTSH | | None | | | Buy | 02/28/18 | J | | |
| 41. | | | | | Sold | 05/04/18 | J | | |
| 42. Columbia Fund Ser Tr-CEEZX | | None | | | Sold | 01/23/18 | K | B | |
| 43. Comcast Corp - CMCSA | A | Dividend | | | Buy | 02/28/18 | J | | |
| 44. | | | | | Sold | 05/04/18 | J | | |
| 45. CVS Health Corp - CVS | A | Dividend | | | Buy | 02/28/18 | J | | |
| 46. | | | | | Sold | 05/04/18 | J | | |
| 47. Diageo PLC - DEO | | None | | | Buy | 02/28/18 | J | | |
| 48. | | | | | Sold | 05/04/18 | J | A | |
| 49. Dodge & Cox FDS - DODFX | A | Dividend | J | T | Buy (add'l) | 05/03/18 | J | | |
| 50. Eaton Corp - ETN | A | Dividend | | | Buy | 02/28/18 | J | | |
| 51. | | | | | Sold | 05/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Eaton Vance Global Macro - EIGMX | A | Dividend | K | T | Buy | 02/26/18 | J | | |
| 53. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 54. Eli Lilly & Co - LLY | | None | | | Buy | 02/28/18 | J | | |
| 55. | | | | | Sold | 05/04/18 | J | | |
| 56. EOG Resources Inc. - EOG | A | Dividend | | | Buy | 04/16/18 | J | | |
| 57. | | | | | Sold | 05/04/18 | J | A | |
| 58. Flex LTD - FLEX | | None | | | Buy | 03/14/18 | J | | |
| 59. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 60. | | | | | Sold | 05/04/18 | J | | |
| 61. Gilead Sciences - GILD | A | Dividend | | | Buy | 02/28/18 | J | | |
| 62. | | | | | Sold | 05/04/18 | J | | |
| 63. Goldmand Sachs Bank CD | B | Interest | K | T | | | | | |
| 64. Goldman Sachs Bank CD▓▓▓ | A | Interest | | | Sold | 10/29/18 | K | | |
| 65. Hain Celestial Grp - HAIN | | None | | | Buy | 02/28/18 | J | | |
| 66. | | | | | Sold | 05/04/18 | J | | |
| 67. Home Depot Inc - HD | A | Dividend | | | Buy | 02/28/18 | J | | |
| 68. | | | | | Sold | 05/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Intel Corp - INTC | A | Dividend | | | Sold | 02/14/18 | K | D | |
| 70. Invesco Balance Risk Comm - BRCYX | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 71. Ishares Core S&P 500 - IVV | B | Dividend | M | T | Buy | 05/04/18 | M | | |
| 72. | | | | | Sold (part) | 10/03/18 | J | B | |
| 73. Ishares S&P Midcap - IJH | A | Dividend | K | T | Buy | 02/14/18 | K | | |
| 74. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 75. Ishares Core S&P Small Cap - IJR | A | Dividend | K | T | Buy | 02/27/18 | K | | |
| 76. | | | | | Buy (add'l) | 05/04/18 | K | | |
| 77. | | | | | Sold (part) | 10/03/18 | J | A | |
| 78. JP Morgan Chase & Co - JPM | A | Dividend | | | Buy | 02/28/18 | J | | |
| 79. | | | | | Sold | 05/04/18 | J | | |
| 80. JP Morgan Chase Bk NA CD - ▓ | A | Interest | K | T | | | | | |
| 81. Las Vegas Sands Corp - LVS | A | Dividend | | | Buy | 02/28/18 | J | | |
| 82. | | | | | Sold | 05/04/18 | J | A | |
| 83. Manulife Finl Corp - MFC | | None | | | Buy | 02/28/18 | J | | |
| 84. | | | | | Sold | 05/04/18 | J | | |
| 85. McKesson Corp - MCK | A | Dividend | | | Buy | 02/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/04/18 | J | A | |
| 87. Merck & Co., Inc. - MRK | A | Dividend | | | Sold (part) | 02/28/18 | J | | |
| 88. | | | | | Sold (part) | 04/16/18 | J | A | |
| 89. | | | | | Sold | 05/04/18 | J | A | |
| 90. Microsoft Corp - MSFT | A | Dividend | | | Sold (part) | 02/28/18 | K | D | |
| 91. | | | | | Sold | 05/04/18 | J | C | |
| 92. Neuberger Berman L/S Fund - NLSIX | | None | K | T | Buy | 02/26/18 | K | | |
| 93. Nike Inc - NKE | A | Dividend | | | Buy | 02/28/18 | J | | |
| 94. | | | | | Sold | 05/04/18 | J | | |
| 95. Oppenheimer Intl Small - OSMYX | | None | | | Sold | 03/02/18 | J | A | |
| 96. Pfizer Incorporated - PFE | | None | | | Sold | 02/14/18 | K | C | |
| 97. PNC Financial Serv - PNC | A | Dividend | | | Buy | 02/28/18 | J | | |
| 98. | | | | | Sold | 05/04/18 | J | | |
| 99. Procter & Gamble Co - PG | | None | | | Sold | 02/28/18 | K | | |
| 100. Roche Holdings LTD - RHHBY | A | Dividend | | | Buy | 02/28/18 | J | | |
| 101. | | | | | Sold (part) | 05/04/18 | J | | |
| 102. | | | | | Sold | 05/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 103.  Schlumberger LTD - SLB | | None | | | Buy | 02/28/18 | J | | |
| 104. | | | | | Sold | 05/04/18 | J | A | |
| 105.  SPDR DJ Wilshire Internatl RE - RWX | A | Dividend | J | T | Buy | 02/14/18 | K | | |
| 106. | | | | | Sold (part) | 07/19/18 | J | A | |
| 107.  Spider S&P Biotech EFT-XBI | | None | | | Sold | 02/14/18 | K | D | |
| 108.  Spirit Aerosystems - SPR | A | Dividend | | | Buy | 02/28/18 | J | | |
| 109. | | | | | Sold | 05/04/18 | J | | |
| 110.  Suncor Energy Inc - SU | A | Dividend | | | Buy | 02/28/18 | J | | |
| 111. | | | | | Sold | 05/04/18 | J | A | |
| 112.  Synchrony Bank CD - CA3 | A | Interest | K | T | | | | | |
| 113.  Synchrony Bank CD - HM9 | A | Interest | J | T | | | | | |
| 114.  T Rowe Price Intl Fds - PRMSX | | None | | | Sold | 03/02/18 | J | A | |
| 115.  Target Corp - TGT | | None | | | Buy | 02/28/18 | J | | |
| 116. | | | | | Sold | 05/04/18 | J | | |
| 117.  TE Connectivity LTD - TEL | | None | | | Buy | 02/28/18 | J | | |
| 118. | | | | | Sold | 05/04/18 | J | | |
| 119.  Thermo Fisher Scientific - TMO | A | Dividend | | | Buy | 02/28/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 05/04/18 | J | | |
| 121. TJX Companies Inc - TJX | | None | | | Buy | 02/28/18 | J | | |
| 122. | | | | | Sold | 05/04/18 | J | A | |
| 123. Total S.A. - TOT | A | Dividend | | | Buy | 02/28/18 | J | | |
| 124. | | | | | Sold | 05/04/18 | J | A | |
| 125. Tweedy Browne FD INC - TBGVX | | None | | | Sold | 05/03/18 | J | A | |
| 126. UBS Group AG - UBS | | None | | | Buy | 02/28/18 | J | | |
| 127. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 128. | | | | | Sold | 05/04/18 | J | | |
| 129. Union Pacific Corp - UNP | A | Dividend | | | Buy | 02/28/18 | J | | |
| 130. | | | | | Sold | 05/04/18 | J | | |
| 131. United Parcel Service - UPS | | None | | | Buy | 02/28/18 | J | | |
| 132. | | | | | Sold | 05/04/18 | J | A | |
| 133. Vanguard FTSE Emerging Mkts - VWO | A | Dividend | K | T | Buy | 02/27/18 | J | | |
| 134. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 135. Vanguard International Growth FD - VWILX (formerly Vanguard World Fund) | A | Dividend | J | T | Buy (add'l) | 05/03/18 | J | | |
| 136. Vanguard Real Estate EFT - VNQ | B | Dividend | K | T | Buy | 02/14/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/19/18 | J | B | |
| 138. Vanguard ST Invest Grade Admiral Fund - VFSUX | A | Dividend | K | T | Buy | 07/19/18 | J | | |
| 139. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 140. Walt Disney Co - DIS | | None | | | Buy | 02/28/18 | J | | |
| 141. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 142. | | | | | Sold | 05/04/18 | J | | |
| 143. Wells Fargo Fund Tr-WFMIX | | None | | | Sold | 01/23/18 | K | C | |
| 144. Zoetis Inc - ZTS | A | Dividend | | | Buy | 02/28/18 | J | | |
| 145. | | | | | Sold | 05/04/18 | J | | |
| 146. | | | | | | | | | |
| 147. IRA (H) | | | | | | | | | |
| 148. Abbvie - ABBV | A | Dividend | | | Sold | 02/14/18 | K | E | |
| 149. Apple, Inc. - AAPL | A | Dividend | | | Sold | 05/08/18 | K | B | |
| 150. AT&T Inc. - T | A | Dividend | | | Sold | 02/15/18 | K | C | |
| 151. Berkshire Hathaway - BRKB | | None | | | Sold | 02/14/18 | K | D | |
| 152. Bristol Meyers Squibb | A | Dividend | | | Sold | 02/14/18 | K | D | |
| 153. Celgene Corp | | None | | | Sold | 02/14/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cisco Systems | A | Dividend | | | Sold | 05/08/18 | J | C | |
| 155. Coca-cola | | None | | | Sold | 02/14/18 | K | A | |
| 156. Exxon Mobile Corp | | None | | | Sold | 02/14/18 | J | A | |
| 157. General Electric Company | A | Dividend | | | Sold | 02/14/18 | J | | |
| 158. Intel Corp | | None | | | Sold | 05/08/18 | J | B | |
| 159. Ishares Global Tech - IXN | | None | | | Sold | 02/15/18 | K | E | |
| 160. JPMorgan Mid Cap Value Fund CL L - FLMVX (X) | | None | | | Sold | 02/20/18 | J | D | |
| 161. Merck & Co Inc. | A | Dividend | | | Sold | 02/14/18 | K | D | |
| 162. Microsoft Corp | | None | | | Sold | 05/08/18 | K | D | |
| 163. Novartis AG | | None | | | Sold | 05/08/18 | J | | |
| 164. Oppenheimer Dev Markets - ODVYX | | None | | | Sold | 02/26/18 | K | D | |
| 165. Pfizer | | None | | | Sold | 02/14/18 | K | C | |
| 166. Proctor and Gamble Co | A | Dividend | | | Sold | 02/14/18 | K | A | |
| 167. Spdr S&P Biotech | | None | | | Sold | 02/15/18 | K | E | |
| 168. Thornburg Inv Tr Developin World Fd - THDIZ | | None | | | Sold | 02/20/18 | K | C | |
| 169. United Technologies Corp | | None | | | Sold | 02/14/18 | J | C | |
| 170. Wells Fargo Advantage - SCVNX | | None | | | Sold | 01/26/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wells Fargo Absolute Return Fund Class Inst - WABIX (X) | | None | | | Sold | 01/26/18 | J | A | |
| 172. | | | | | | | | | |
| 173. Joint Account (H) | | | | | | | | | |
| 174. Abbvie - ABBV | A | Dividend | J | T | Sold (part) | 01/17/18 | J | B | |
| 175. AT&T, Inc. - T | B | Dividend | K | T | | | | | |
| 176. CVS Health - CVS | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 177. Disney Walt Company - DIS | A | Dividend | K | T | Buy | 04/23/18 | J | | |
| 178. HCP Inc. - HCP | B | Dividend | K | T | Buy | 01/19/18 | K | | |
| 179. Intel Corp - INTC | A | Dividend | K | T | | | | | |
| 180. Ishares ETF - IDV | B | Dividend | K | T | | | | | |
| 181. Ishares ETF - PFF | B | Dividend | K | T | Buy | 01/19/18 | K | | |
| 182. Kimberly-Clark Corp - KMB | A | Dividend | K | T | Buy | 04/23/18 | K | | |
| 183. Medtronic PLC - MDT | A | Dividend | K | T | | | | | |
| 184. Merck & Co Inc. - MRK | B | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 185. Microsoft Corp - MSFT | A | Dividend | K | T | | | | | |
| 186. Mondelez Intl Inc. - MDLZ | A | Dividend | K | T | Buy | 04/23/18 | K | | |
| 187. Novartis AG Spon ADR-NVS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Pepsico Inc. - PEP | A | Dividend | K | T | | | | | |
| 189. Pfizer Inc - PFE | A | Dividend | K | T | Buy | 04/23/18 | K | | |
| 190. PG&E Corporation - PCG | A | Dividend | | | Buy (add'l) | 01/19/18 | K | | |
| 191. | | | | | Sold | 04/19/18 | K | B | |
| 192. Proctor & Gamble CO - PG | A | Dividend | K | T | Buy | 04/23/18 | K | | |
| 193. Public Storage PFD - PSA'F | B | Dividend | K | T | Buy | 01/19/18 | K | | |
| 194. San OFI ADR - SNY | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 195. Scana Corp Com - SCG | | None | | | Buy | 01/19/18 | K | | |
| 196. | | | | | Sold | 04/19/18 | K | | |
| 197. Unilever PLC Spons ADR - UL | A | Dividend | K | T | Buy | 04/23/18 | K | | |
| 198. United Technologies Corp - UTX | A | Dividend | K | T | | | | | |
| 199. US Treasury Bills | B | Interest | N | T | Buy | 04/20/18 | M | | |
| 200. | | | | | Buy (add'l) | 10/16/18 | M | | |
| 201. | | | | | Buy (add'l) | 10/23/18 | L | | |
| 202. | | | | | Buy (add'l) | 12/14/18 | L | | |
| 203. | | | | | Sold (part) | 08/09/18 | K | | |
| 204. | | | | | Sold (part) | 12/06/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 10/31/18 | K | | |
| 206. | | | | | Sold (part) | 12/17/18 | K | | |
| 207. | | | | | Sold (part) | 12/06/18 | K | A | |
| 208. Welltower, Inc. - HCN/WELL | B | Dividend | K | T | Buy (add'l) | 01/19/18 | K | | |
| 209. Wells Fargo Company - WFC | C | Dividend | M | T | | | | | |
| 210. Wells Fargo - STRIX | B | Int./Div. | L | T | Buy (add'l) | 01/18/18 | K | | |
| 211. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 212. Wells Fargo Fund - WHYIX | B | Int./Div. | K | T | Buy (add'l) | 01/18/18 | J | | |
| 213. Wells Fargo Money Market Fund | A | Int./Div. | M | T | | | | | |
| 214. Wells Fargo (Checking & Savings) (X) | A | Interest | K | T | | | | | |
| 215. | | | | | | | | | |
| 216. Individual Account (H) | | | | | | | | | |
| 217. Wells Fargo Fund - WHYMX | A | Int./Div. | | | Sold (part) | 02/13/18 | J | A | |
| 218. | | | | | Sold | 11/20/18 | J | A | |
| 219. | | | | | | | | | |
| 220. Alliance Bernstein 529 Growth C | | None | | | Distributed | 07/17/18 | K | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Wells Fargo Stable Value Fund - Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 223. Wells Fargo Large Cap Value Fund - Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 224. State Street S&P 500 Index Fund - in Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 225. Wells Fargo Large Cap Growth Fund - Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 226. State Street S&P Mid Cap Index Fund - in Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 227. Wells Fargo Small Cap Value Fund - Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 228. Wells Fargo International Equity Fund - in Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 229. Wells Fargo Emerging Markets Equity Fund - in Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 230. Wells Fargo ESOP Fund - in Wells Fargo 401(k) Plan | | None | | | Distributed | 07/10/18 | J | | |
| 231. Wells Fargo Stock - Equiniti Trust | A | Dividend | | | Open | 01/26/18 | K | | |
| 232. | | | | | Distributed | 01/29/18 | K | | |
| 233. | | | | | | | | | |
| 234. CD-12 Month Equivalent - in Wells Fargo Deferred Compensation Plan | | None | P1 | T | Buy (add'l) | 10/01/18 | O | | |
| 235. Wells Fargo International Equity Fund - in WF Deferred Comp Plan | | None | | | Sold | 10/01/18 | M | | |
| 236. Russell Small Cap Index Fund - in WF Deferred Comp Plan | | None | | | Sold | 10/01/18 | K | | |
| 237. State Street S&P 500 Index Fund - in WF Deferred Comp Plan | | None | | | Sold | 10/01/18 | N | | |
| 238. State Street S&P Mid Cap Index Fund - in WF Deferred Comp Plan | | None | | | Sold | 10/01/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. State Street US Bond Index Fund-K - in WF Deferred Comp Plan | | None | | | Sold | 10/01/18 | M | | |
| 240. | | | | | | | | | |
| 241. Wells Fargo Cash Balance (Pension) Plan - no control | | None | | | Distributed | 08/08/18 | M | | |
| 242. | | | | | | | | | |
| 243. Wells Fargo - Mgd IRA Main (H) | | | | | | | | | |
| 244. Aberdeen Emerg Mkts - ABEMX | A | Dividend | L | T | Buy (add'l) | 02/26/18 | J | | |
| 245. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 246. | | | | | Buy (add'l) | 10/02/18 | K | | |
| 247. Blackrock GL - BDMKX | D | Dividend | L | T | Buy (add'l) | 02/20/18 | K | | |
| 248. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 249. | | | | | Buy (add'l) | 08/13/18 | K | | |
| 250. Boston P LNG/SHRT - BPIRX | A | Dividend | L | T | Buy (add'l) | 02/13/18 | K | | |
| 251. Eaton Vance Global Macro - EIGMX | B | Dividend | L | T | Buy (add'l) | 02/20/18 | K | | |
| 252. | | | | | Buy (add'l) | 07/19/18 | K | | |
| 253. FID New Mkts - FGZMX(formerly FID ADV Emer Mkts - FMKIX) | C | Dividend | M | T | Buy (add'l) | 02/20/18 | K | | |
| 254. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 255. | | | | | Buy (add'l) | 08/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. GE Capital Retail Bank CD | A | Interest | K | T | | | | | |
| 257. Goldman Sachs Bank USA CD | A | Interest | K | T | | | | | |
| 258. Invesco Bal Risk Comm - BRCYX | A | Dividend | K | T | Buy | 10/03/18 | K | | |
| 259. IShares Core S&P 500 ETF - IVV | D | Dividend | N | T | Buy | 05/08/18 | N | | |
| 260. | | | | | Buy (add'l) | 08/14/18 | K | | |
| 261. | | | | | Sold (part) | 10/03/18 | K | C | |
| 262. IShares Core S&P Mid Cap ETF - IJH | B | Dividend | M | T | Buy (add'l) | 02/14/18 | L | | |
| 263. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 264. Ishares Core S&P Small Cap - IJR | B | Dividend | L | T | Buy (add'l) | 02/14/18 | L | | |
| 265. | | | | | Sold (part) | 10/03/18 | K | C | |
| 266. Lehman Brothers Holdings ESC | | None | J | T | | | | | |
| 267. MOXYCASH - Cash/MMKT | A | Interest | K | T | | | | | |
| 268. Neuberger Berman Long - NLSIX | | None | L | T | Buy (add'l) | 02/20/18 | K | | |
| 269. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 270. SPDR DJ Wilshire Internatl REAL - RWX | B | Dividend | K | T | Buy (add'l) | 02/14/18 | K | | |
| 271. | | | | | Sold (part) | 07/19/18 | J | A | |
| 272. T Rowe Price Inst Float Rate Fund - RPIFX | B | Dividend | L | T | Buy | 02/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 274. | | | | | Buy (add'l) | 08/13/18 | K | | |
| 275. TIAA-CREF Soc Choice - TSBIX | C | Dividend | M | T | Buy (add'l) | 08/15/18 | K | | |
| 276. | | | | | Sold (part) | 07/18/18 | J | A | |
| 277. Vanguard FTSE Dev ETF - VEA | C | Dividend | M | T | Buy (add'l) | 02/15/18 | K | | |
| 278. Vanguard FTSE Emerging Mkts - VWO | B | Dividend | L | T | Buy (add'l) | 02/27/18 | J | | |
| 279. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 280. | | | | | Buy (add'l) | 10/03/18 | K | | |
| 281. Vanguard REIT - VNQ | C | Dividend | L | T | Buy (add'l) | 02/14/18 | L | | |
| 282. | | | | | Sold (part) | 07/19/18 | K | A | |
| 283. Vanguard Short Term Invest Grd - VFSUX | D | Dividend | N | T | Buy (add'l) | 02/20/18 | J | | |
| 284. | | | | | Buy (add'l) | 05/07/18 | K | | |
| 285. | | | | | Buy (add'l) | 08/13/18 | L | | |
| 286. Vanguard High Yield Corp Adm - VWEAX | B | Dividend | K | T | | | | | |
| 287. | | | | | | | | | |
| 288. Wells Fargo Mgd IRA - SII (H) | | | | | | | | | |
| 289. Accenture PLC - AEN | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold | 05/08/18 | J | B | |
| 291. Air Prods & Chem - APD | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 292. | | | | | Sold | 05/08/18 | J | A | |
| 293. Alphabet Inc. - GOOGL | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 294. | | | | | Sold | 05/08/18 | K | A | |
| 295. Apple Inc - AAPL | A | Dividend | | | Sold (part) | 02/15/18 | K | D | |
| 296. | | | | | Sold | 05/08/18 | K | B | |
| 297. Biogen Inc - BIIB | | None | | | Buy (add'l) | 01/08/18 | J | | |
| 298. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 299. | | | | | Sold | 05/08/18 | J | | |
| 300. Blackrock Inc - BLK | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 301. | | | | | Sold | 05/08/18 | J | B | |
| 302. Cisco Systems Inc - CSCO | A | Dividend | | | Sold (part) | 02/15/18 | K | D | |
| 303. | | | | | Sold | 05/08/18 | J | | |
| 304. Clorox Co - CLX | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 305. | | | | | Sold | 05/08/18 | J | C | |
| 306. Cognizant Tech Sol - CTSG | | None | | | Buy | 04/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 05/08/18 | J | A | |
| 308.  Colgate Palmolive Co - CL | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 309. | | | | | Sold | 05/08/18 | J | | |
| 310.  Costco Wholesale Group - COST | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 311. | | | | | Sold | 05/08/18 | J | B | |
| 312.  Cummins Inc. - CMI | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 313. | | | | | Sold | 05/08/18 | J | | |
| 314.  Danaher Corp - DHR | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 315. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 316. | | | | | Sold | 05/08/18 | J | B | |
| 317.  Discover Financial Serv - DFS | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 318. | | | | | Sold | 05/08/18 | J | A | |
| 319.  Eaton Corp PLC - ETN | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 320. | | | | | Sold | 05/08/18 | J | | |
| 321.  EOG Resources Inc - EOG | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 322. | | | | | Sold | 05/08/18 | J | B | |
| 323.  Fortive Corp - FTV | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 05/08/18 | J | A | |
| 325. Gilead Sciences Inc - GILD | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 326. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 327. | | | | | Sold | 05/08/18 | J | | |
| 328. Home Depot Inc - HD | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 329. | | | | | Sold | 05/08/18 | J | B | |
| 330. Illinois Tools Works Inc - ITW | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 331. | | | | | Sold | 05/08/18 | J | | |
| 332. Intel Corp - INTC | A | Dividend | | | Sold (part) | 02/15/18 | K | E | |
| 333. | | | | | Sold | 05/08/18 | J | C | |
| 334. JPMorgan Chase & Co - JPM | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 335. | | | | | Sold | 05/08/18 | K | B | |
| 336. Keycorp - KEY | A | Dividend | | | Buy | 02/15/18 | J | | |
| 337. | | | | | Sold | 05/08/18 | J | | |
| 338. Kimberly Clark Corp - KMB | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 339. | | | | | Sold | 05/08/18 | J | | |
| 340. Laboratory CRP of Amer Hldgs - LH | | None | | | Buy (add'l) | 01/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 342. | | | | | Sold | 05/08/18 | J | A | |
| 343. Medtronic PLC - MDT | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 344. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 345. | | | | | Sold | 05/08/18 | J | | |
| 346. Microsoft Corp - MSFT | A | Dividend | | | Sold (part) | 02/15/18 | K | E | |
| 347. | | | | | Sold | 05/08/18 | K | D | |
| 348. Newell Brands Inc. - NWL | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 349. | | | | | Sold | 05/08/18 | J | | |
| 350. Novartis AG - ADR | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 351. | | | | | Sold (part) | 02/15/18 | J | C | |
| 352. | | | | | Sold | 05/08/18 | J | | |
| 353. O'Reilly Automotive Inc - ORLY | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 354. | | | | | Sold | 05/08/18 | J | B | |
| 355. Occidental Pete Corp - OXY | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 356. | | | | | Sold | 05/08/18 | J | B | |
| 357. PNC Financial Services Group - PNC | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 05/08/18 | J | A | |
| 359. Prologis Inc. - PLD | | None | | | Buy | 04/16/18 | J | | |
| 360. | | | | | Sold | 05/08/18 | J | A | |
| 361. Roche Holdings Ltd - RHHBY | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 362. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 363. | | | | | Sold | 04/16/18 | J | | |
| 364. Schlumberger Ltd - SLB | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 365. | | | | | Sold | 05/08/18 | J | A | |
| 366. Stryker Corp - SYK | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 367. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 368. | | | | | Sold | 05/08/18 | J | B | |
| 369. Taiwan Semiconductor Man - TSM | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 370. | | | | | Sold | 05/08/18 | J | | |
| 371. Techni PFMC Ltd - FTI | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 372. | | | | | Sold | 05/08/18 | J | B | |
| 373. Thermo Fisher Scientific Inc - TMO | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 374. | | | | | Buy (add'l) | 02/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold | 05/08/18 | J | B | |
| 376. Time Warner Inc - TWX | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 377. | | | | | Sold | 05/08/18 | J | | |
| 378. TJX Companies Inc. - TJX | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 379. | | | | | Sold | 05/08/18 | J | B | |
| 380. Travelers Companies Inc - TRV | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 381. | | | | | Sold | 05/08/18 | J | | |
| 382. UnitedHealth Group Inc - UNH | | None | | | Sold | 01/08/18 | J | B | |
| 383. US Bancorp - USB | A | Dividend | | | Sold | 02/15/18 | J | A | |
| 384. Verizon Communications - VZ | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 385. | | | | | Sold | 05/08/18 | J | A | |
| 386. VISA Inc - Class A Shrs - V | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 387. | | | | | Sold | 05/08/18 | J | C | |
| 388. Walt Disney Co - DIS | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 389. | | | | | Sold | 05/08/18 | J | | |
| 390. 3M Co - MMM | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 391. | | | | | Sold (part) | 04/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 05/08/18 | J | | |
| 393. Moxycash - Cash | A | Interest | | | Closed | 05/03/18 | J | | |
| 394. | | | | | | | | | |
| 395. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 07/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544